SCHROEDER, Respondent, v. EINSTEIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by George H. Schroeder against Meyer Einstein, as administrator, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by J. L. Emil Schueler against Mary Louise Dooley.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the issues should have been submitted to the jury.

HIRSCHBERG, P. J., not voting.

SCHULTZ, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Harry J. Schultz, as administrator, against the New York Transportation Company. A. K. Wing, for appellant. G. R. Hawes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SEAVER, Respondent, v. MARKS, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Frank A. Seaver against Daniel F. Marks. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SEIFERT, Respondent, v. HAWKINS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Marie L. Seifert against Eugene T. Hawkins and others. E. M. Hawkins, for appellants. J. F. Frees, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SENECAL, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by George P. Senecal against James C. Fargo, as President of the American Express Company. No opinion. Judgment affirmed, with costs.

SERLING, Respondent, v. SERLING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Meyer Serling against Harry Serling and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that Israel Serling was not a superintendent, nor exercising acts of superintendence, at the time of the accident.

SHAUT, Respondent, v. HANDRAHAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Morgan Shaut against Harriet Handrahan, impleaded with others. No opinion. Judgment affirmed, with costs.

SHERMAN, Respondent, v. SENATOR CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Oscar Sherman against the Senator Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SHOEMAKER, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Horatio Shoemaker against Mary Meyer. No opinion. Judgment and order of the County Court of Dutchess county affirmed, with costs

SIGNORELLI, Respondent, v. HENRY BONNARD BRONZE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Charles Signorelli against the Henry Bonnard Bronze Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

THOMAS and CARR, JJ., dissent.

SILBERZWEIG, Respondent, v. LIVERPOOL & LONDON & GLOBE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Herman Silberzweig against the Liverpool & London & Globe Insurance Company. R. F. Randall, for appellant. H. B. Davis, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SIMMONS v. VILLAGE OF PHELPS. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by De Witt C. Simmons against the Village of Phelps.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

McLENNAN, P. J., dissents, upon the ground that the question of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact for the jury.

ROBSON, J., not voting.

SINGER, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Samuel Singer against William M. Barrett, as President of Adams Express Company. No opinion. Judgment and order unanimously affirmed, with costs.

SINN, Respondent, v. BARUCH, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Bernhard Sinn against Babette Baruch. G. B. Rosenheim, for appellant. B. S. Horkheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SKANEATELES PAPER CO. v. NATIONAL FIRE INS. CO. In re O'BRIEN. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by the Skaneateles Paper Company against the Na-